WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hermelinda Prado, as Personal Representative of the Estate of Pedro A. Rojas, Jr, <br><br> Plaintiff, <br><br> v. <br><br> Corizon Health Care Incorporated, et al., <br><br> Defendants. | No. CV-19-04848-PHX-JAT <br><br> **ORDER** |

The Court has received a notice of settlement between Plaintiff and Corizon Health Care Inc. only. (Doc. 101). The Court appreciates the parties formally filing the notice of settlement.

The parties are reminded that the Order setting final pretrial conference states:

> IT IS FURTHER ORDERED that the parties shall keep the Court informed of the possibility of settlement and, should settlement be reached, the parties shall promptly present a Stipulation and Order of Dismissal for signature by the undersigned. Mere Notice of Settlement or notification by phone or e-mail of settlement shall not suffice to vacate the trial date, nor excuse the parties from being ready and able to proceed with trial at the time and on the date set for trial. Filing a notice of settlement shall not prevent the assessment of jury fees notwithstanding Local Rule Civil 40.2(c).

(Doc. 83 at 4).

Thus,

/ / /

/ / /

/ / /

**IT IS ORDERED** that counsel for Corizon must attend the final pretrial conference on December 14, 2022, unless prior thereto a stipulation to dismiss Corizon from this case is filed. And regardless the final pretrial conference shall go on as scheduled as to the other Defendants.

Dated this 12th day of December, 2022.

_____
James A. Teilborg
Senior United States District Judge